UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
Baltimore DIVISION

In re: MGE, INC. § Case No. 20-14858-MMH
§
§
§
Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Zvi Guttman, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $496,314.00 | Assets Exempt: | N/A |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $9,658.53 | Claims Discharged Without Payment: | N/A |
| Total Expenses of Administration: | $5,296.78 | | |

3) Total gross receipts of $14,955.31 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $14,955.31 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR ( 10 /1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $599,282.11 | $2,130,667.00 | $107,021.64 | $9,658.53 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $5,296.78 | $5,296.78 | $5,296.78 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $100.00 | $100.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $0.00 | $70,466.19 | $70,466.19 | $0.00 |
| **TOTAL DISBURSEMENTS** | $599,282.11 | $2,206,529.97 | $182,884.61 | $14,955.31 |

4) This case was originally filed under chapter 7 on 04/30/2020. The case was pending for 15 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/02/2021           By: /s/ Zvi Guttman
                                Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1990 Chevy Truck. Valuation Method: N/A | 1129-000 | $1,200.00 |
| 1997 Ford Patch Truck. Valuation Method: N/A | 1129-000 | $1,100.00 |
| 1997 GMC Bucket Van. Valuation Method: N/A | 1129-000 | $900.00 |
| 2002 Ford Van. Valuation Method: N/A | 1129-000 | $900.00 |
| 2005 Ford F150. Valuation Method: N/A | 1129-000 | $1,900.00 |
| Misc. Refunds | 1229-000 | $8,955.31 |
| **TOTAL GROSS RECEIPTS** | | **$14,955.31** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

**EXHIBIT 3 - SECURED CLAIMS**

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3S | INTERNAL REVENUE SERVICE | 4110-000 | NA | $107,021.64 | $107,021.64 | $9,658.53 |
| 4 | Kubota Credit Corporation | 4110-000 | NA | $33,005.41 | $0.00 | $0.00 |
| 9 | Leaf Capital Funding, LLC | 4210-000 | NA | $91,603.57 | $0.00 | $0.00 |
| 10 | Banc of America Leasing & Capital, LLC | 4210-000 | $62,558.93 | $203,169.37 | $0.00 | $0.00 |
| 11 | Key Star Capital Fund II, LP | 4210-000 | $536,723.18 | $1,529,120.41 | $0.00 | $0.00 |
| 12 | TIAA Commercial Finance, Inc. | 4210-000 | NA | $166,746.60 | $0.00 | $0.00 |
| N/F | Liberty Financial Group, Inc | 4110-000 | $0.00 | NA | NA | NA |
| N/F | Summit Funding Group, Inc | 4110-000 | $0.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$599,282.11** | **$2,130,667.00** | **$107,021.64** | **$9,658.53** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Zvi Guttman | 2100-000 | NA | $2,245.53 | $2,245.53 | $2,245.53 |
| Trustee, Expenses - Zvi Guttman | 2200-000 | NA | $93.20 | $93.20 | $93.20 |
| Auctioneer Fees - Atlantic Auctions Inc | 3610-000 | NA | $600.00 | $600.00 | $600.00 |
| Auctioneer Expenses - Atlantic Auctions Inc | 3620-000 | NA | $2,325.00 | $2,325.00 | $2,325.00 |
| Bond Payments - BOND | 2300-000 | NA | $1.93 | $1.93 | $1.93 |
| Banking and Technology Service Fee - Metropolitan Commercial Bank | 2600-000 | NA | $31.12 | $31.12 | $31.12 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$5,296.78** | **$5,296.78** | **$5,296.78** |

UST Form 101-7-TDR ( 10 /1/2010)

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3P | INTERNAL REVENUE SERVICE | 5800-000 | NA | $100.00 | $100.00 | $0.00 |
| | TOTAL PRIORITY UNSECURED CLAIMS | | $0.00 | $100.00 | $100.00 | $0.00 |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Ford Motor Credit Company, LLC | 7100-000 | $0.00 | $4,364.34 | $4,364.34 | $0.00 |
| 2 | Euler Hermes Agent for Carroll Independent Fuel | 7100-000 | NA | $5,732.55 | $5,732.55 | $0.00 |
| 3-PEN | Internal Revenue Service | 7300-000 | NA | $12,393.85 | $12,393.85 | $0.00 |
| 5 | Baltimore County, Maryland | 7100-000 | NA | $55.00 | $55.00 | $0.00 |
| 6 | Rowen Concrete, Inc. | 7100-000 | NA | $8,543.78 | $8,543.78 | $0.00 |
| 7 | Wells Fargo Bank, N.A. | 7100-000 | NA | $5,090.35 | $5,090.35 | $0.00 |
| 8 | LAMP LIGHTERS CORPORATION | 7100-000 | NA | $34,286.32 | $34,286.32 | $0.00 |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$0.00** | **$70,466.19** | **$70,466.19** | **$0.00** |

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

Case No.: 20-14858-MMH
Case Name: MGE, INC.
For Period Ending: 08/02/2021

Trustee Name: (400140) Zvi Guttman
Date Filed (f) or Converted (c): 04/30/2020 (f)
§ 341(a) Meeting Date: 06/09/2020
Claims Bar Date: 11/01/2020

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking Account Account at Wells Fargo | 0.00 | 0.00 | | 0.00 | FA |
| 2 | Checking Account Account at Wells Fargo | 0.00 | 0.00 | | 0.00 | FA |
| 3 | A/R 90 days old or less. Face amount = $68,500.00. Doubtful/Uncollectible accounts = $0.00. | 68,500.00 | 68,500.00 | | 0.00 | FA |
| 4 | 2000 Ford F550. Valuation Method: N/A | 30,000.00 | 30,000.00 | | 0.00 | FA |
| 5 | 2011 Ford Cargo Van. Valuation Method: N/A | 6,000.00 | 6,000.00 | | 0.00 | FA |
| 6 | 1997 Ford Patch Truck. Valuation Method: N/A | 23,800.00 | 23,800.00 | | 1,100.00 | FA |
| 7 | 1990 Chevy Truck. Valuation Method: N/A | 4,000.00 | 4,000.00 | | 1,200.00 | FA |
| 8 | 2015 Ford F250. Valuation Method: N/A | 29,943.00 | 29,943.00 | | 0.00 | FA |
| 9 | 2002 Ford Van. Valuation Method: N/A | 5,000.00 | 5,000.00 | | 900.00 | FA |
| 10 | 2005 Ford F150. Valuation Method: N/A | 4,705.00 | 4,705.00 | | 1,900.00 | FA |
| 11 | 1997 GMC Bucket Van. Valuation Method: N/A | 3,078.00 | 3,078.00 | | 900.00 | FA |
| 12 | 2017 Mercedes Benz Van. Valuation Method: N/A | 86,094.00 | 23,535.07 | | 0.00 | FA |
| 13 | 2018 Ford Truck. Valuation Method: N/A | 167,274.00 | 167,274.00 | | 0.00 | FA |
| 14 | 2019 Ford F550. Valuation Method: N/A | 108,503.00 | 108,503.00 | | 0.00 | FA |
| 15 | 2017 Alum. (u) | Unknown | Unknown | | 0.00 | FA |
| 16 | Misc. Refunds (u) | 8,955.31 | Unknown | | 8,955.31 | FA |
| 16 | **Assets Totals (Excluding unknown values)** | **$545,852.31** | **$474,338.07** | | **$14,955.31** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** 09/30/2021          **Current Projected Date Of Final Report (TFR):** 05/10/2021 (Actual)

UST Form 101-7-TDR ( 10 /1/2010)

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9

Page: 1

| Case No.: | 20-14858-MMH | Trustee Name: | Zvi Guttman (400140) |
|---|---|---|---|
| Case Name: | MGE, INC. | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***9223 | Account #: | ******8564 Checking |
| For Period Ending: | 08/02/2021 | Blanket Bond (per case limit): | $3,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/16/20 | | Atlantic Auctions Inc | Vehicle Sale | | 3,075.00 | | 3,075.00 |
| | | | Auctioneer commission -$600.00 | 3610-000 | | | |
| | | | transportation, title work -$2,325.00 | 3620-000 | | | |
| | {10} | | 2005 Ford F-150 $1,900.00 | 1129-000 | | | |
| | {9} | | 2002 Ford E350 $900.00 | 1129-000 | | | |
| | {11} | | 1997 GMC Truck $900.00 | 1129-000 | | | |
| | {6} | | 1997 Ford Patch Truck $1,100.00 | 1129-000 | | | |
| | {7} | | 1990 Chevrolet P30Wideside $1,200.00 | 1129-000 | | | |
| 11/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 3,070.00 |
| 12/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.39 | 3,064.61 |
| 01/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 3,059.61 |
| 02/22/21 | 101 | INSURANCE PARTNERS | Policy #3792891 Term 3/1/21-3/1/22 | 2300-000 | | 1.93 | 3,057.68 |
| 02/26/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 3,052.68 |
| 03/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.37 | 3,047.31 |
| 04/29/21 | {16} | Kubota Credit Corporation, USA | Misc refund | 1229-000 | 8,955.31 | | 12,002.62 |
| 04/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.36 | 11,997.26 |
| 07/09/21 | 102 | Zvi Guttman | Distribution payment - Dividend paid at 100.00% of $2,245.53; Claim # FEE; Filed: $2,245.53 | 2100-000 | | 2,245.53 | 9,751.73 |
| 07/09/21 | 103 | Zvi Guttman | Distribution payment - Dividend paid at 100.00% of $93.20; Claim # TE; Filed: $93.20 | 2200-000 | | 93.20 | 9,658.53 |
| 07/09/21 | 104 | INTERNAL REVENUE SERVICE | Distribution payment - Dividend paid at 9.02% of $107,021.64; Claim # 3S; Filed: $107,021.64 | 4110-000 | | 9,658.53 | 0.00 |
| | | **COLUMN TOTALS** | | | **12,030.31** | **12,030.31** | **$0.00** |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | **Subtotal** | | | **12,030.31** | **12,030.31** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$12,030.31** | **$12,030.31** | |

{ } Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)   ! - transaction has not been cleared

**Form 2**

**Cash Receipts And Disbursements Record**

Exhibit 9
Page: 2

| | |
|---|---|
| **Case No.:** 20-14858-MMH | **Trustee Name:** Zvi Guttman (400140) |
| **Case Name:** MGE, INC. | **Bank Name:** Metropolitan Commercial Bank |
| **Taxpayer ID #:** **-***9223 | **Account #:** ******8564 Checking |
| **For Period Ending:** 08/02/2021 | **Blanket Bond (per case limit):** $3,000,000.00 |
| | **Separate Bond (if applicable):** N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******8564 Checking | $12,030.31 | $12,030.31 | $0.00 |
| | $12,030.31 | $12,030.31 | $0.00 |

UST Form 101-7-TDR (10 /1/2010)